uary 7, 1916.) Motion denied on condition that within three days appellant comply with the conditions of the order of December 6, 1915, place the case on the calendar for Friday, January 14, 1916, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

ROSE, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Elsie Rose, as administratrix, etc., against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

---

ROSENBERG, Respondent, v. NEW YORK CONSOL. RY. CO., Appellant. (Supreme Court, Appellate Division, Second ·Department. December 10, 1915.) Action by Sophia Rosenberg against the New York Consolidated Railway Company. No opinion. Order of the County Court of Kings County affirmed, costs to abide the event.

---

Bernhard ROSENSTOCK and ano., Applts., v. CUSHMAN BREAD CO. and ano., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

---

Charles G. ROSS, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. CHARLES ROSS & SON COMPANY, appellant, v. LONG ISLAND RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Applications denied, with $10 costs in one case.

---

Mabel G. ROTHSCHILD, etc., respondent, v. George EICKEMEYER, et al., defendants; Henry L. Twine and Albert M. Keene, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

---

In the matter of Jacob ROUSS. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied. Settle order on notice.

---

George E. ROWE, respt. v. David B. HENDRICKS, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment and order reversed upon the ground that the verdict is against the weight of the evidence as to the defendant's negligence and the plaintiff's contributory negligence, and a new trial granted, with costs to appellant to abide event. All concur. Cochrane, J., not sitting.

---

RUOCCO v. JOSEPH GALLICK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Raffaele Ruocco against the Joseph Gallick Contracting Company. No opinion. Motion granted; stay not to exceed 30 days from date. Settle order on notice. See, also, 155 N. Y. Supp. 1138.

---

Raffaele RUOCCO v. JOSEPH GALLICK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion denied, with $10 costs. Order filed.

---

David RUSLANDER, respt., v. EVANGELICAL LUTHERAN ST. JOHANNES GEMEINDE IN MIDDLE EBENEZER, applt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment modified by striking out the allowance of interest upon the amount found due, and as so modified affirmed, without costs of this appeal to either party. Held.: That the claim was unliquidated and interest should not have been allowed. All concur.

---

Thomas M. RYAN, individually and as carrier and bailee, etc., respt., v. EMPIRE ENGINEERING CORPORATION, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order affirmed with costs. All concur, except Foote, J., who dissents.

---

ST. BERNARD'S SEMINARY OF GREECE, N. Y., plff., v. Frank DOBSON, Supervisor, et al., defts. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Action upon the submission dismissed without costs, for want of jurisdiction. Held: 1. On the facts agreed to by the parties the .case is not one in which plaintiff could have maintained an action and, therefore, does not come within the provisions of section 1279 of the Code of Civil Procedure. 2. The supplementary statement in the form of the stipulation of the counsel is unauthorized and cannot be the basis of a judgment under section 1279 of the Code of Civil Procedure. All concur.

---

Charles ST. JOHN, respondent, v. STEINHILBER and Katherine Steinhilber, appellants. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order reversed, and complaint dismissed, with costs, upon the ground that the plaintiff did not produce a purchaser, willing, able and ready to buy upon the terms prescribed by the defendants. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

---

In the matter of the applications of the ST. REGIS PAPER CO. (respt.), for the removal of Mike ADAMS, Dominick Bendetto, F. E. Benway, Frank Blasgoroski, John Bura, Salvatore Coreli, Harley Derby, William Dorsi, Sam Dubriski, Dominick Dutko, Paul Flirk, Thomas Gaines, John Genge, James Gerace, Eugene Godfrey, Joe Halco, Simon Jojurski, Harry Klash, Mikoli Kocoubinski, Mike Kozliki, Nick La Tempa, Frank McTaggert, Andrew Merterke, Mike Metrik, Fred A. Mitchell, Sam Mlcki, Mike Moscow, M. F. O'Keefe, Mike